UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   18-108 (EGS) |
| | : | |
| v. | : | |
| | : | |
| MARK GIBSON | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the indictment as to defendant Mark Gibson without prejudice.

WHEREFORE, the government respectfully moves to dismiss the charges in the above-mentioned case against defendant Gibson without prejudice.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

_____/S/_____
EMORY V. COLE
ASSISTANT UNITED STATES ATTORNEY
PA. Bar No. 49136
U.S. Attorney's Office
555 4th Street, N.W., Room 4213
Washington, DC 20530
Emory.Cole@usdoj.gov