UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 18-cr-00108 (EGS) |
| **MARK A. GIBSON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Kelly L. Smith. AUSA Kelly L. Smith will be substituting for AUSA Lisa Walters.

                                                Respectfully submitted,

                                                MICHAEL R. SHERWIN
                                                ACTING UNITED STATES ATTORNEY
                                                New York Bar No. 4444188

By:    */s/ Kelly L. Smith*_____
           Kelly L. Smith
           Assistant United States Attorney
           New York Bar No. 5321971
           United States Attorney's Office for D.C.
           Federal Major Crimes Section
           555 Fourth Street, N.W., Fourth Floor
           Washington, D.C. 20530
           E-mail: Kelly.Smith@usdoj.gov
           Telephone: (202) 436-5921

## **CERTIFICATE OF SERVICE**

On this 2nd day of November, 2020, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Kelly L. Smith* _____
Kelly L. Smith
Assistant United States Attorney